CLAUDIA G. SILVA, County Counsel (State Bar No. 167868)
By STEVEN P. INMAN, II, Senior Deputy (State Bar No. 227748)
Office of County Counsel, County of San Diego
1600 Pacific Highway, Room 355
San Diego, California 92101-2469
Telephone: (619) 884-2931
Facsimile: (619) 531-6005
Email: Steven.Inman@sdcounty.ca.gov

Attorneys for Defendants County of San Diego, Christopher Cadigan, and Amber Sprague

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| John Doe,<br><br>　　Plaintiff,<br><br>　　v.<br><br>County of San Diego, a government entity; Christopher Cadigan, an individual; Amber Sprague an individual; Ashley Leblanc, an individual; and DOES 1 to 20, inclusive,<br><br>　　Defendants. | No. **'23CV0251 JLS  KSC**<br><br>**DEFENDANTS CHRISTOPHER CADIGAN AND AMBER SPRAGUE'S NOTICE OF REMOVAL OF STATE COURT ACTION PURSUANT TO 28 U.S.C. SECTION 1441(a), 28 U.S.C. SECTION 1331 (FEDERAL QUESTION), and 28 U.S.C. SECTION 1367(a) (SUPPLEMENTAL JURISDICTION)**<br><br>**JURY TRIAL DEMANDED** |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT AND TO PLAINTIFF:**

**PLEASE TAKE NOTICE** that Defendants Christopher Cadigan and Amber Sprague hereby remove the state court action described below from the Superior Court of California for the County of San Diego, Central Division, to this Court.

## I.   PROCEDURAL HISTORY

1. On May 4, 2022, Plaintiff John Doe ("Plaintiff") filed a complaint in the Superior Court of California, County of San Diego, Case No. 37-2022-00016847-CU-CR-CTL. A true and correct copy of the complaint Case No. 37-2022-00016847-CU-CR-CTL is attached hereto as **Exhibit A**.  A true and correct copy of the Summons and other related case-initiating documents are attached hereto as **Exhibit B**.

2. Plaintiff named as Defendants: County of San Diego; Christopher Cadigan; Amber Sprague; Ashley LeBlanc; and DOES 1 to 20. [Ex. A.]

3. Plaintiff first served the County of San Diego with the Summons and Complaint on December 19, 2022.  [Ex. B at p. 2.]  On January 18, 2023, Defendant County of San Diego filed its Answer to the Complaint.  [Ex. C].  Defendants Christopher Cadigan and Amber Sprague accepted service through their counsel on January 13, 2023, and Defendant Ashley LeBlanc received personal service of the Summons and Complaint on the same date.  All of the served Defendants have given their consent to this Removal.

## II.   JURISDICTION AND VENUE

4. Plaintiff's First Claim is for 42 U.S.C. section 1983, Violation of the Fourth Amendment of the U.S. Constitution – Unreasonable Seizure of a Person [Ex. A at ¶¶ 17-22]; Plaintiff's Second Claim is for Violation of 42 U.S.C. section 1983 – Unreasonable Search of a Person [Ex. A at ¶¶ 23-26]; Plaintiff's Third Claim is for Violation of 42 U.S.C. section 1983 – Unreasonable Force [Ex. A at ¶¶ 27-30]; and Plaintiff's Eighth Claim is for Violation of 42 U.S.C. section 1983 – Failure to Properly Train [Ex. A at ¶¶

///

54-59]. Thus, this Court has original jurisdiction of this case pursuant to 28 U.S.C. § 1331, as well as removal jurisdiction over this case pursuant to 28 U.S.C. § 1441(a).

5. Plaintiff also asserts state law claims in his Complaint that are based on the same set of facts as his federal claims. Plaintiffs' Fourth Claim ("Bane Act") [Ex. A at ¶¶ 31-36], Fifth Claim ("False Imprisonment") [Ex. A at ¶¶ 37-42], Sixth Claim ("Battery") [Ex. A at ¶¶ 43-47], and Seventh Claim ("Negligence") [Ex. A at ¶¶ 48-53], all re-allege the same facts as those relied upon by the Federal claims. Thus, this Court also has supplemental jurisdiction over the state law claims pursuant to 28 U.S.C. § 1367(a).

6. Additionally, venue is proper in this Court pursuant to 28 USC § 84(d) and 28 U.S.C. § 1441(a) because this case was pending in the Superior Court of California, County of San Diego, Central Division which is located within the Southern District of California.

### III. PROCEDURAL COMPLIANCE

7. Defendants Christopher Cadigan and Amber Sprague filed this Notice of Removal within 30 days of Plaintiff's service of the Complaint upon them. 28 U.S.C. § 1446(b)(1).

8. A "copy of all process, pleadings, and orders served upon" Defendants Christopher Cadigan and Amber Sprague in the state court action are attached as Exhibit B (the summons, complaint, and other supporting documents) pursuant to 28 U.S.C. § 1446.

9. Defendants Christopher Cadigan and Amber Sprague will serve a copy of this Notice on Plaintiff, and will also file a copy of this Notice in the Superior Court of California, County of San Diego, Central Division.

### IV. CONCLUSION

10. Defendants Christopher Cadigan and Amber Sprague respectfully request the state court action described above be removed to this Court.

DATED: February 9, 2023         CLAUDIA G. SILVA, County Counsel

By: s/STEVEN P. INMAN, II, Senior Deputy
Attorneys for Defendants County of San Diego, Christopher Cadigan, and Amber Sprague