UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>COUNTY OF SAN DIEGO,<br>a government entity;<br>CHRISTOPHER CADIGAN,<br>an individual; AMBER SPRAGUE,<br>an individual; and ASHLEY LEBLANC,<br>an individual,<br><br>　　　　　　　　　　Defendants. | Case No.: 23-CV-251 JLS (KSC)<br><br>**ORDER DENYING AS MOOT DEFENDANTS' MOTIONS TO DISMISS THE COMPLAINT**<br><br>(ECF Nos. 6 & 10) |

Presently before the Court are the Motions to Dismiss filed and served by Defendants Christopher Cadigan and Amber Sprague on February 16, 2023 (ECF No. 6), and Defendant Ashley Leblanc on March 7, 2023 (collectively, the "Motions"). On March 19, 2023, Plaintiff John Doe filed and served a First Amended Complaint in accordance with Federal Rule of Civil Procedure 15(a)(1)(B). *See* ECF No. 12.

/ / /

/ / /

/ / /

/ / /

Accordingly, in light of the foregoing and good cause appearing, the Court **DENIES AS MOOT** Defendants' Motions.

**IT IS SO ORDERED.**

Dated:  March 10, 2023

Hon. Janis L. Sammartino
United States District Judge