UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>COUNTY OF SAN DIEGO, et al.,<br><br>　　　　　　　　　　　Defendant. | Case No.:  23-cv-251-AGS-KSC<br><br>**ORDER GRANTING JOINT MOTION TO AMEND SCHEDULING ORDER**<br><br>**DOC. NO. 76** |

　　　With good cause appearing, the Court GRANTS the parties' Joint Motion to Amend Scheduling Order and resets the following events and deadlines:

| | |
|---|---|
| MSC Statements | September 30, 2025 |
| Mandatory Settlement Conference | October 6, 2025 at 2:00 p.m. |
| Fact Discovery Completion | September 16, 2025 |
| Expert Witness Designations | September 16, 2025 |
| Rebuttal Expert Witness Designations | September 30, 2025 |
| Expert Witness Disclosures | October 21, 2025 |
| Rebuttal Expert Witness Disclosures | November 11, 2025 |
| Expert Discovery Completion | December 16, 2025 |
| Pretrial Motions | January 13, 2026 |

　　　As this is the sixth request to continue or stay Court deadlines or events (Doc. Nos. 8, 15, 36, 42, 58, 76), and the second extension of the initial Scheduling Order dates (Doc.

Nos. 39, 65), the parties should not anticipate the Court granting any further requests to delay the case.

**IT IS SO ORDERED**

Dated: June 26, 2025

Hon. Karen S. Crawford
United States Magistrate Judge