UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| John DOE,<br><br>                    Plaintiff,<br>v.<br><br>COUNTY OF SAN DIEGO, et al.,<br><br>                    Defendants. | Case No.: 23-cv-0251-AGS-KSC<br><br>**ORDER GRANTING JOINT MOTION TO AMEND SCHEDULING ORDER (ECF 92)** |
|---|---|

The joint motion to amend the scheduling order is **GRANTED**. The new dates and deadlines are as follows:

| June 12, 2026 | Rule 26(a)(3) disclosures. |
|---|---|
|  | Memoranda of contentions of fact and law. |
| June 26, 2026 | Meet and confer regarding the pretrial order. |
|  | Submit motions in limine. |
| July 6, 2026 | Plaintiff's draft pretrial order due to defense counsel. |
| July 13, 2026 | Pretrial order filed on docket. |
|  | Motion-in-limine opposition. |
| July 20, 2026, at 10:30 a.m. | Final pretrial conference. |

Dated: February 1, 2026

_____
Hon. Andrew G. Schopler
United States District Judge