DAMON M. BROWN, County Counsel (SBN 242265)
By: TIMOTHY A. HANNA, Senior Deputy Attorney (SBN 310620)
STEVEN P. INMAN, II, Supervising Deputy Attorney (SBN 227748)
Office of County Counsel, County of San Diego
1600 Pacific Highway, Room 355
San Diego, California 92101-2469
Telephone: (619) 904-0151; (619) 884-2931; Facsimile: (619) 531-6005
Email: Timothy.Hanna@sdcounty.ca.gov; Steven.Inman@sdcounty.ca.gov

Attorneys for Defendants County of San Diego, Christopher Cadigan, Amber Sprague, and Frank Spinelli

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| John Doe,<br><br>Plaintiff,<br><br>v.<br><br>County of San Diego, a government entity; Christopher Cadigan, an individual; Amber Sprague an individual; Ashley Leblanc, an individual; Frank Spinelli, an individual, and DOES 1 to 20, inclusive,<br><br>Defendants. | No. 23-cv-00251-AGS-KSC<br><br>**EXHIBITS IN SUPPORT OF DEFENDANTS COUNTY OF SAN DIEGO, CHRISTOPHER CADIGAN, AMBER SPRAGUE AND FRANK SPINELLI'S MOTION FOR PARTIAL SUMMARY JUDGMENT [ECF No. 90]**<br><br>Date: July 1, 2026<br>Time: 2:00 p.m.<br>Courtroom: 5C<br>Judge: Hon. Andrew G. Schopler |

Pursuant to this Court's order dated April 22, 2026 [ECF No. 104], Defendants County of San Diego, Deputies Christopher Cadigan, Amber Sprague, and Frank Spinelli hereby file on the docket the following exhibits in support of their motion for partial summary adjudication [ECF No. 90].

**EXHIBIT 3-** **Excerpts from Deposition Transcript of Ashley LeBlanc, taken September 3, 2025**

///

**EXHIBIT 4-** **Excerpts from Deposition Transcript of Jenna Sykes, taken June 10, 2025**

**EXHIBIT 5-** **Excerpts from Deposition Transcript of Christopher Cadigan, taken September 11, 2025**

**EXHIBIT 9-** **Excerpts from Deposition Transcript of Amber Sprague, taken September 11, 2025**

**EXHIBIT 10-** **Excerpts from Deposition Transcript of John Doe, taken September 12, 2025**

The following exhibits are hereby tentatively filed with redactions, and unredacted versions lodged separately with the Court, subject to adjudication of the pending Motion to Redact and Seal Certain Exhibits to Defendants' Motion for Partial Summary Judgment, filed concurrently herewith.

**EXHIBIT 1-** **Background Event Chronology, Event No. E7160933 (CSD 000017-000021), redacted**

**EXHIBIT 2-** **Arrest Report, Case No. 21123192 (CSD 000001-000005), redacted**

**EXHIBIT 11-** **Application for Assessment, Evaluation and Crisis Intervention or Placement for Evaluation and Treatment (CSD 000006-000007), redacted**

The following exhibits are sought to be filed under seal and have been lodged separately with the Court pending adjudication of Defendants' Motion to Redact and Seal Certain Exhibits to Defendants' Motion for Partial Summary Judgment, filed concurrently herewith.

**EXHIBIT 6-** **Deputy Amber Sprague Body Worn Camera Footage, Event No. E7160933 (CSD 000028)**

**EXHIBIT 7-** **Deputy Christopher Cadigan Body Worn Camera Footage, Event No. E7160933 (CSD 000027)**

///

**EXHIBIT 8- Deputy Frank Spinelli Body Worn Camera Footage, Event No. E7160933 (CSD 000026)**

DATED: April 28, 2026

DAMON M. BROWN, County Counsel

By: *s/Timothy A. Hanna*
TIMOTHY A. HANNA. Senior Deputy Attorney STEVEN P. INMAN, II, Supervising Deputy Attorney Attorneys for Defendants County of San Diego, Christopher Cadigan, Amber Sprague, and Frank Spinelli