# EXHIBIT 1

# Background Event Chronology

Event Number: E7160933

| Date | Time | Term | Operator | Action |
|---|---|---|---|---|
| 05/31/21 | 16:09:52 | ph03 | 103111 | EVENT CREATED: [LOCATION] [redacted] [AREA] ENC [XST] PEARTREE CT / S WILLOWSPRING DR [RP NAME] JENNA SYKES [RP ADDRESS] 810 AVENDA DE SAN CLEMENTE [SOURCE] ADMIN [RP PHONE] (510) 648-7050 , TBPAGE: 1147 , TBGRID: G7 Agency= SHERIFF Dispatch Group: ENCD Beat: 25P7 , Status= A Priority: 2 0 , Hold Type= 0 , Current= F , Open Current= F Event: 1145 - SUICIDE - ACTUAL OR ATTEMPT [2] SUPP INFO CREATED: PERSO: Name: [redacted] Race: W Sex: M Age: 46 Remarks: UNK CLOTHING |
| 05/31/21 | 16:09:52 | if01 | 103111 | COMMENT ADDED: ** PER search completed at 05/31/21 16:09:52 |
| 05/31/21 | 16:09:52 | ph03 | 103111 | JUST.....10-5 TO RP FROM A MUTUAL FRIEND......RP'S FRIEND STATES HE WANTS TO USE A ROPE TO 1145.... RP DISCONNECTED -- 664 CB...MTF |
| 05/31/21 | 16:09:53 | if01 | 103111 | COMMENT ADDED: ** LOI search completed at 05/31/21 16:09:53 |
| 05/31/21 | 16:10:23 | ph03 | 103111 | COMMENT ADDED: ON CB, WENT TO VM - LEFT MSG TO CALL BACK WITH ADDT'L INFO...NFD |
| 05/31/21 | 16:11:37 | encd | 104830 | [UNIT] 25P7A DP , Location= [redacted] , 103468 |
| 05/31/21 | 16:12:10 | encd | 104830 | [UNIT] 25P7A ER , Location= [redacted] , 103468 |
| 05/31/21 | 16:12:18 | encd | 104830 | [UNIT] 23P3A DP , Location= [redacted] , 101912 , 201348 |
| 05/31/21 | 16:12:20 | encd | 104830 | [UNIT] 23P3A ER , Location= [redacted] , 101912 , 201348 |
| 05/31/21 | 16:12:36 | ph05 | 103820 | COMMENT ADDED: HAVE RP ON CB...ADV MEANS WOULD BE HANGING...NEG WPNS...LIVES ALONE.....HX MARIJUANA.... |
| 05/31/21 | 16:13:03 | encd | 104830 | [UNIT] 25P3A DP , Location= [redacted] , 100506 |

| Date | Time | Term | Operator | Action |
|---|---|---|---|---|
| 05/31/21 | 16:13:05 | encd | 104830 | [UNIT] 25P3A ER , Location= [redacted] , 100506 |
| 05/31/21 | 16:13:07 | ph05 | 103820 | COMMENT ADDED: NEG 115...UNKN IF ANY PSYCH DIAGNOSIS.....MAY HAVE PTSD.. |
| 05/31/21 | 16:13:08 | encd | 104830 | [UNIT] 25P7A AM , 103468 |
| 05/31/21 | 16:13:15 | encd | 104830 | [UNIT] 25P1A DP , Location= [redacted] , 104065 |
| 05/31/21 | 16:13:17 | ph05 | 103820 | SUPP INFO CREATED: VEHIC: Make: BMW License Year: 2021 License Type: PC Vehicle Color: WHI |
| 05/31/21 | 16:13:17 | if01 | 103820 | COMMENT ADDED: ** VEH search completed at 05/31/21 16:13:17 |
| 05/31/21 | 16:13:28 | ph05 | 103820 | SUPP INFO CREATED: VEHIC: Make: KIA Model: SEDONA License Year: 2021 License Type: PC<br>Vehicle Color: BLK |
| 05/31/21 | 16:13:28 | if01 | 103820 | COMMENT ADDED: ** VEH search completed at 05/31/21 16:13:28 |
| 05/31/21 | 16:13:32 | encd | 104830 | [UNIT] 25P1A ER , Location= [redacted] , 104065 |
| 05/31/21 | 16:14:44 | ph05 | 103820 | COMMENT ADDED: MALES CELL # [redacted]. |
| 05/31/21 | 16:14:55 | encd | 104830 | CROSS REFERENCED TO EVENT= E7160754 |
| | | | | COMMENT ADDED: ** Cross Referenced to Event # E7160754 at: 05/31/21 16:14:55<br>** >>>> by: SHANNON SILVA on terminal: encd |
| 05/31/21 | 16:15:06 | encd | 104830 | COMMENT ADDED: 25P3A -- XREF TO P7 EARLIER 653 |
| 05/31/21 | 16:15:06 | ph05 | 103820 | POSS OVER BREAKUP WITH RP AND HER FILING 653 REPORT...NFD |
| 05/31/21 | 16:15:07 | encd | 104830 | [UNIT] 25P3A EC , 25P3A -- XREF TO P7 EARLIER 653 , Location= [redacted] , 100506 |
| 05/31/21 | 16:15:23 | encd | 104830 | [UNIT] 25P1A ON , STAGED SPRUCEWOOD/S WILLOWSPRING , Location= [redacted]<br>ENC , 104065 |
| | | | | COMMENT ADDED: STAGED SPRUCEWOOD/S WILLOWSPRING |
| 05/31/21 | 16:22:22 | encd | 104830 | [UNIT] 25P3A ET , Location= [redacted] , 100506 |
| | | | | COMMENT ADDED: ** Emergency Traffic executed for Event # E7160933 at: 05/31/21 16:22:22<br>** >>>> by: SHANNON SILVA on terminal: encd |
| 05/31/21 | 16:22:23 | encd | 104830 | Agency= SHERIFF Dispatch Group: ENCD Beat: 25P7 , Status= A Priority: 2 0 ,<br>Hold Type= 0 , Current= F , Open Current= F Event: 1145 - SUICIDE - ACTUAL OR ATTEMPT<br>[2] |
| 05/31/21 | 16:22:29 | encd | 104830 | [UNIT] 23P3A ON , Location= [redacted], 101912 , 201348 |
| 05/31/21 | 16:22:38 | encd | 104830 | COMMENT ADDED: 25P3A -- WAOET |
| 05/31/21 | 16:22:39 | encd | 104830 | [UNIT] 25P3A EC , 25P3A -- WAOET , Location= [redacted] , 100506 |
| 05/31/21 | 16:22:42 | encd | 104830 | [UNIT] 25P3A ON , Location= [redacted] , 100506 |
| 05/31/21 | 16:23:04 | encd | 104830 | SUPP INFO CREATED: VEHIC: License Number: [redacted] License Year: 2021 License Type: PC |
| | | | | COMMENT ADDED: 25P1A -- 6HRH063 |
| 05/31/21 | 16:23:04 | if01 | 104830 | ** VEH search completed at 05/31/21 16:23:04 |

| Date | Time | Term | Operator | Action |
|---|---|---|---|---|
| 05/31/21 | 16:23:05 | encd | 104830 | [UNIT] 25P1A EC , 25P1A -- 6HRH063 , Location= [redacted] 104065 |
| 05/31/21 | 16:25:23 | ph10 | 105992 | [UNIT] 25P1A A , Location= [redacted] , 104065 |
| 05/31/21 | 16:25:31 | encd | 104830 | [UNIT] 25P1A UC , Alarm Timer Extended: 10 , Location= [redacted] 104065<br>COMMENT ADDED: Alarm Timer Extended: 10 |
| 05/31/21 | 16:31:05 | encd | 104830 | COMMENT ADDED: 23P3A -- NO ANSWER AT THE FRONT DOOR.........WAOET |
| 05/31/21 | 16:31:06 | encd | 104830 | [UNIT] 23P3A EC , 23P3A -- NO ANSWER AT THE FRONT DOOR.........WAOET , Location=<br>[redacted] , 101912 , 201348 |
| 05/31/21 | 16:32:29 | ph13 | 0 | [UNIT] 23P3A A , Location= [redacted] , 101912 , 201348 |
| 05/31/21 | 16:32:42 | ph18 | 103662 | [UNIT] 25P3A A , Location= [redacted] , 100506 |
| 05/31/21 | 16:32:51 | encd | 104830 | [UNIT] 23P3A UC , Alarm Timer Extended: 10 , Location= [redacted] ,<br>101912 , 201348<br>COMMENT ADDED: Alarm Timer Extended: 10 |
| 05/31/21 | 16:32:52 | encd | 104830 | [UNIT] 25P3A UC , Alarm Timer Extended: 0 , Location= [redacted] ,<br>100506<br>COMMENT ADDED: Alarm Timer Extended: 0 |
| 05/31/21 | 16:35:04 | encd | 104830 | COMMENT ADDED: 23P3A -- WE ARE CHECKING THE BACKYARD.........WE'LL TAKE THE AIR |
| 05/31/21 | 16:35:05 | encd | 104830 | [UNIT] 23P3A EC , 23P3A -- WE ARE CHECKING THE BACKYARD.........WE'LL TAKE THE AIR ,<br>Location= [redacted] , 101912 , 201348 |
| 05/31/21 | 16:35:06 | encd | 104830 | Agency= SHERIFF Dispatch Group: ENCD Beat: 25P7 , Status= A Priority: 2 0 ,<br>Hold Type= 0 , Current= F , Open Current= F Event: 1145 - SUICIDE - ACTUAL OR ATTEMPT<br>[2]<br>[UNIT] 23P3A ET , Location= [redacted] , 101912 , 201348<br>COMMENT ADDED: ** Emergency Traffic executed for Event # E7160933 at: 05/31/21 16:35:06<br>** >>>> by: SHANNON SILVA on terminal: encd |
| 05/31/21 | 16:35:23 | supv1 | 100485 | [UNIT] 25P1A A , Location= [redacted] , 104065 |
| 05/31/21 | 16:35:37 | encd | 104830 | COMMENT ADDED: 23P3A -- 51 ON 1 |
| 05/31/21 | 16:35:38 | encd | 104830 | [UNIT] 23P3A EC , 23P3A -- 51 ON 1 , Location=[redacted] , 101912<br>,<br>201348 |
| 05/31/21 | 16:36:00 | encd | 104830 | [UNIT] 25P1A UC , Alarm Timer Extended: 0 , Location= [redacted] ,<br>104065<br>COMMENT ADDED: Alarm Timer Extended: 0 |
| 05/31/21 | 16:38:09 | encd | 104830 | [UNIT] 21P1A DP , Location= [redacted] , 103603 |

| Date | Time | Term | Operator | Action |
|---|---|---|---|---|
| 05/31/21 | 16:38:11 | encd | 104830 | [UNIT] 21P1A ER , Location= [redacted] , 103603 |
| 05/31/21 | 16:39:11 | encd | 104830 | COMMENT ADDED: 25P1A -- ONE DETAINED CLEAR ET |
| 05/31/21 | 16:39:12 | encd | 104830 | [UNIT] 25P1A EC , 25P1A -- ONE DETAINED CLEAR ET , Location= [redacted]<br>, 104065 |
| 05/31/21 | 16:39:13 | encd | 104830 | [UNIT] 23P3A ON , Location= [redacted] , 101912 , 201348 |
| 05/31/21 | 16:39:45 | encd | 104830 | [UNIT] 21P1A AM , 103603 |
| 05/31/21 | 16:49:13 | ph11 | 106077 | [UNIT] 23P3A A , Location= [redacted] , 101912 , 201348 |
| 05/31/21 | 16:53:09 | encd | 104830 | [UNIT] 25P1A UC , C4 - Alarm Timer Extended: 0 , Location= [redacted]<br>,<br>104065<br>COMMENT ADDED: C4 - Alarm Timer Extended: 0 |
| 05/31/21 | 16:53:11 | encd | 104830 | [UNIT] 23P3A UC , Alarm Timer Extended: 0 , Location= [redacted] ,<br>101912 , 201348<br>COMMENT ADDED: Alarm Timer Extended: 0 |
| 05/31/21 | 17:07:38 | encd | 103820 | COMMENT ADDED: 23P3A -- ONE FOR 5150 |
| 05/31/21 | 17:07:39 | encd | 103820 | [UNIT] 23P3A EC , 23P3A -- ONE FOR 5150 , Location= [redacted] ,<br>101912 , 201348 |
| 05/31/21 | 17:07:44 | encd | 103820 | EVENT UPDATED: [LOCATION] [redacted] [AREA] ENC [XST] PEARTREE CT / S<br>WILLOWSPRING DR [RP NAME] JENNA SYKES [RP ADDRESS] 810 AVENDA DE SAN CLEMENTE [SOURCE]<br>ADMIN [RP PHONE] (510) 648-7050 , TBPAGE: 1147 , TBGRID: G7<br>Agency= SHERIFF Dispatch Group: ENCD Beat: 25P7 , Status= A Priority: 4 0 ,<br>Hold Type= 0 , Current= F , Open Current= F Event: 5150 - PSYCH [4]<br>COMMENT ADDED: ** Event Type changed from 1145 to 5150 at: 05/31/21 17:07:44<br>** >>>> by: PILAR SHEPARD on terminal: encd<br>** Event Priority changed from 2 to 4 at: 05/31/21 17:07:44<br>** >>>> by: PILAR SHEPARD on terminal: encd |
| 05/31/21 | 17:11:41 | $23P3A | 101912 | Agency= SHERIFF Dispatch Group: ENCD Beat: 25P7 , Status= A Priority: 4 0 ,<br>Hold Type= 0 Primary Unit: 23P3A Primary ID: 101912 , Current= F , Open Current= F<br>Event: 5150 - PSYCH [4]<br>[CASE NUMBER] c21123192<br>COMMENT ADDED: ** Case number c21123192 has been assigned to event E7160933<br>** >>>> by: CHRISTOPHER CADIGAN on terminal: $23P3A |
| 05/31/21 | 17:11:46 | $25P3A | 100506 | [UNIT] 25P3A AM , BWC X 1 , 100506<br>COMMENT ADDED: BWC X 1 |
| 05/31/21 | 17:12:09 | encd | 103820 | [UNIT] 23P3A ER , Location= 3851 ROSECRANS ST SD: @CMH:W/1 , 101912 , 201348<br>[UNIT] 23P3A CL , Location= 3851 ROSECRANS ST SD: @CMH:W/1 , 101912 , 201348 |

| Date | Time | Term | Operator | Action |
|---|---|---|---|---|
| | | | | COMMENT ADDED: 23P3A Changed Location to:<br>3851 ROSECRANS ST SD: @CMH:W/1 |
| 05/31/21 | 17:13:48 | $25P1A | 104065 | [UNIT] 25P1A AM , 1 BWC , 104065<br>COMMENT ADDED: 1 BWC |
| 05/31/21 | 17:41:26 | $23P3A | 101912 | [UNIT] 23P3A ON , Location= 3851 ROSECRANS ST SD: @CMH:W/1 , 101912 , 201348 |
| 05/31/21 | 17:51:26 | mrr | 103908 | [UNIT] 23P3A A , Location= 3851 ROSECRANS ST SD: @CMH:W/1 , 101912 , 201348 |
| 05/31/21 | 17:52:23 | encd | 103820 | [UNIT] 23P3A UC , Alarm Timer Extended: 0 , Location= 3851 ROSECRANS ST SD:<br>@CMH:W/1 , 101912 , 201348<br>COMMENT ADDED: Alarm Timer Extended: 0 |
| 05/31/21 | 19:59:56 | $23P3A | 101912 | [UNIT] 23P3A CL , Location= 175 N EL CAMINO REAL ENC: @NORTH COASTAL SHERIFF'S<br>STATION: @20 , 101912 , 201348<br>[UNIT] 23P3A ER , Location= 175 N EL CAMINO REAL ENC: @NORTH COASTAL SHERIFF'S<br>STATION: @20 , 101912 , 201348<br>COMMENT ADDED: 23P3A Changed Location to:<br>175 N EL CAMINO REAL ENC: @NORTH COASTAL SHERIFF'S STATION: @20 |
| 05/31/21 | 20:10:06 | $23P3A | 101912 | Agency= SHERIFF Dispatch Group: ENCD Beat: 25P7 , Status= A Priority: 4 0 ,<br>Hold Type= 0 Primary Unit: 23P3A Primary ID: 101912 , Current= F , Open Current= F<br>Event: 5150 - PSYCH [4]<br>Agency= SHERIFF Dispatch Group: ENCD Beat: 25P7 , Status= A Priority: 4 0 ,<br>Hold Type= 0 Primary Unit: 23P3A Primary ID: 101912 , Current= T , Open Current= F<br>Event: 5150 - PSYCH [4]<br>[UNIT] 23P3A AM , [redacted] WAS TRANSPORTED TO CMH FOR MENTAL HEALTH EVAL. ,<br>101912 , 201348<br>[DISPO] RF<br>COMMENT ADDED: [redacted] WAS TRANSPORTED TO CMH FOR MENTAL HEALTH EVAL. |
| 05/31/21 | 21:24:09 | encd | 103820 | CROSS REFERENCED TO EVENT= E7161358<br>COMMENT ADDED: ** Cross Referenced to Event # E7161358 at: 05/31/21 21:24:09<br>** >>>> by: PILAR SHEPARD on terminal: encd |
| 06/07/21 | 22:32:04 | ph08 | 106412 | CROSS REFERENCED TO EVENT= E7174725<br>COMMENT ADDED: ** Cross Referenced to Event # E7174725 at: 06/07/21 22:32:04<br>** >>>> by: GINA THOMPKINS on terminal: ph08 |