# EXHIBIT 2

# San Diego County Sheriff's Department
# Arrest/Juvenile Contact Report

Case No. **21123192**

CAD Event No.: **E7160933** | Case Disposition: **Arrest** | **1**

Primary Victim: **State of California** | Report No. **21123192.1** | Page 1 of 5

[X] ARREST REPORT
[ ] JUVENILE CONTACT REPORT WARRANT: [ ] LOCAL [ ] OUT

## GENERAL CASE INFORMATION

| | | | |
|---|---|---|---|
| Primary Charge: 5150 - WI - MENTAL DISORDER 72 HR OBSERVATION | | | |
| Special Studies: | | | Related Cases: |
| Location, City, State, ZIP: [redacted] | | | Occurred On: 05/31/2021 17:07:00 (Monday) |
| Jurisdiction: City of Encinitas - ENCINITAS | Beat: 224 | Call Source: ADMIN | (and Between): |
| Means: 999 - Other method used | | Motives: 999 - Other motive not listed above | |

## VICTIM/S

## IBR/UCR OFFENSE/S

| | | | | | |
|---|---|---|---|---|---|
| Offense Description: 5150 - WI - MENTAL DISORDER 72 HR OBSERVATION | Level: O | Against: | Completed? Yes | Counts | Using: |
| Location Type: 204 - Single Detached Home | Hate/Bias: 88 - None (no bias) (mutually exclusive) | | | Domestic Violence: No | |
| Criminal Activity: | Type Security: | Gang Related: No | Entry: | Point of Entry: | |
| Weapons/Force: | Tools: | | Targets: | | |

## ARRESTEE/S

### Arrestee #1

| | | |
|---|---|---|
| Name: [redacted] | County Residence: R - Resident | Interpreter Language: |

ALIAS / AKA / NICKNAME / MONIKER:

| | | | | |
|---|---|---|---|---|
| Name Type: | First: | Middle: | Last: | Suffix: |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Home Address, City, State, ZIP: [redacted] | | | | Res. Country: US | | Place of Birth: | | Undocumented: | |
| Race: W | Sex: M | Date of Birth / Age: [redacted] | Height: 6' 2" | Weight: 180 | Hair Color: | Eye Color: | Facial Hair: | Complexion: | |
| Hair Style: | Hair Length: | Build: | Teeth: | Suspected User: | | | | | |
| Employment Status: | Occupation/Grade: | Employer/School: | Employer Address, City, State, ZIP: | | | | | | |

CONTACT INFORMATION:

| | |
|---|---|
| Type: | Number/Address: |

IDENTIFICATION:

| | | | |
|---|---|---|---|
| Type: DLN - Drivers License Number | Number: [redacted] | State: CA | Country: |

SCARS, MARKS, TATTOOS, ODDITIES:

| | |
|---|---|
| Attire: | Suspect Actions: , |

### ARREST INFORMATION

| | | | | | |
|---|---|---|---|---|---|
| Arrest Type: O - Probable Cause Arrest - New Case | LE Disposition: 1 - 849(b)(5) Mental/Medical transport | JUS 750 Type: 3 - Other | Citation No.: | Booking No.: | |
| Arrested For: 5150 - WI - MENTAL DISORDER 72 HR OBSERVATION | | Level: O | Completed: Yes | Counts: | |
| Arrested By: SH1912 - CADIGAN, CHRISTOPHER | Arrest Date and Time: 05/31/2021 17:07:00 | Arrest Location, City, State, ZIP: [redacted] | Beat: 224 | | |

| | | |
|---|---|---|
| Reporting Officer: SH1912 - CADIGAN, CHRISTOPHER | Division / Organization: North Coastal Station NORTH COASTAL PATROL | Reviewed By: SH7418 - COTTRELL JR, ERIC |
| Report Date: 6/1/2021 8:44:12 AM | Detective Assigned: SH4810 - MEZA, FERNANDO | Reviewed Date: 06/01/2021 15:18:36 |

# San Diego County Sheriff's Department
# Arrest/Juvenile Contact Report

| | | | |
|---|---|---|---|
| | | Case No. | 21123192 |
| CAD Event No.: | E7160933 | Case Disposition: | Arrest |
| Primary Victim: | State of California | Report No. | 21123192.1 |



| | | | | |
|---|---|---|---|---|
| Arrest Assisted By: | | | Transported By: SH1912 - CADIGAN, CHRISTOPHER | |
| Miranda Read: | Admonished By: | Miranda Response: | Jail Billing Code: SD Sheriff Encinitas | Booked Location: |
| Armed With: 01 - Unarmed | | Use of Force to effect Arrest: | | |

**JUVENILES**

| | | | |
|---|---|---|---|
| Adult Present: | Person Notified: | Juvenile Disposition: | Detention Name: |
| Parents Notified By: | Notification Method: | Date and Time Notified: | Juvenile Released To: |

**RELEASE INFORMATION**

| Released Location: | Released On: | Released By: | Release Reason: |
|---|---|---|---|
| County Mental Health | 05/31/2021 17:41:00 | | |

**SUSPECT/S (Not Yet Arrested)**

**WITNESSES**

**OTHER ENTITIES**

## Other Entity #1

Person Code: ☐ Secured Premise ☐ Discovered Crime ☐ Reporting Party ☐ Law Enforcement Officer

| Name: | Entity Type: | Person Code: | County Residence: |
|---|---|---|---|
| Sykes, Jenna | RP - Reporting Party | | R - Resident |

ALIAS / AKA / NICKNAME / MONIKER:

| Name Type: | First: | Middle: | Last: | Suffix: |
|---|---|---|---|---|
| | | | | |

| Home Address, City, State, ZIP: | Res. Country: | Place of Birth: | Undocumented: | Interpreter Language |
|---|---|---|---|---|
| 810 Avenida De San Clemente, Encinitas, CA 92024 | | | | |

| Race: | Sex: | Date of Birth / Age: | Height: | Weight: | Hair Color: | Eye Color: | Facial Hair: | Complexion: |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

| Employment Status: | Occupation/Grade: | Employer/School: | Employer Address, City, State, ZIP: |
|---|---|---|---|
| | | | |

CONTACT INFORMATION:

| Type: | Number/Address: |
|---|---|
| MP - Mobile Phone | 510 648-7050 |

IDENTIFICATION:

| Type: | Number: | State: | Country: |
|---|---|---|---|
| | | | |

| Injury: | Extent of Treatment: |
|---|---|
| N - None | 01 - None |

## Other Entity #2

Person Code: ☐ Secured Premise ☐ Discovered Crime ☐ Reporting Party ☐ Law Enforcement Officer

| Name: | Entity Type: | Person Code: | County Residence: |
|---|---|---|---|
| Eich, Mary | RP - Reporting Party | | |

ALIAS / AKA / NICKNAME / MONIKER:

| Name Type: | First: | Middle: | Last: | Suffix: |
|---|---|---|---|---|
| | | | | |

| Home Address, City, State, ZIP: | Res. Country: | Place of Birth: | Undocumented: | Interpreter Language |
|---|---|---|---|---|
| | | | | |

| Race: | Sex: | Date of Birth / Age: | Height: | Weight: | Hair Color: | Eye Color: | Facial Hair: | Complexion: |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

| Employment Status: | Occupation/Grade: | Employer/School: | Employer Address, City, State, ZIP: |
|---|---|---|---|
| | | | |

CONTACT INFORMATION:

| Type: | Number/Address: |
|---|---|
| MP - Mobile Phone | 307 249-6134 |

| | | |
|---|---|---|
| Reporting Officer: SH1912 - CADIGAN, CHRISTOPHER | Division / Organization: North Coastal Station NORTH COASTAL PATROL | Reviewed By: SH7418 - COTTRELL JR, ERIC |
| Report Date: 6/1/2021 8:44:12 AM | Detective Assigned: SH4810 - MEZA, FERNANDO | Reviewed Date: 06/01/2021 15:18:36 |

# San Diego County Sheriff's Department
## Arrest/Juvenile Contact Report

| | | | |
|---|---|---|---|
| | | Case No. | 21123192 |
| CAD Event No.: | E7160933 | Case Disposition: | Arrest |
| Primary Victim: | State of California | Report No. | 21123192.1 |

3

Page 3 of 5

| IDENTIFICATION: | | | |
|---|---|---|---|
| Type: | Number: | State: | Country: |
| Injury: | | Extent of Treatment: | |

**PROPERTY**

**Property Item #1.000 - BWC Video**

| | | | |
|---|---|---|---|
| Derivative No.: 0 | Property Category: 1306 - Body Camera Video | | |
| Status: I - Information Only | Count: 3 | Value: | |
| Manufacturer: | Model: | | |
| Serial No.: | Model Year: | OAN: | |
| Color: | Caliber: | | |
| Body Style: | Recovered/ Seized Date: | | |
| Owner: | Disposition: | | |
| Evidence Tag: | Alert(s): | | |
| Drug Type: | Drug Quantity: | | |
| Search Warrant: | | | |
| Notes: | | | |

**REPORT NARRATIVE**

Synopsis:

On 05/31/2021, Mary Eich reported that her friend, [redacted] at [redacted] in the city of Encinitas, county of San Diego wanted hang himself. [redacted] was becoming more desperate and stopped answering his phone. [redacted] was located in the hallway of his home, sitting next to a belt.

[redacted] was detained for a mental health evaluation per 5150 W&I and placed on a 72-hour hold recommendation. He was transported to County Mental Health, where he was released to hospital staff for evaluation and treatment.

Origin:

On 05/31/2021, at about 1612 hours, I received a radio call of a suicide attempt at [redacted] in the city of Encinitas, county of San Diego. The reporting party was Jenna Sykes who received information from a mutual friend, Maria Eich.

Background:

None.

Investigation:

While driving to the call, PERT Clinician Leblanc telephoned the reporting party Jenna Sykes. Sykes and her ex-boyfriend, [redacted], share a mutual friend, Mary Eich. Eich told Sykes about [redacted] telling

| Reporting Officer | Division / Organization | Reviewed By |
|---|---|---|
| SH1912 - CADIGAN, CHRISTOPHER | North Coastal Station NORTH COASTAL PATROL | SH7418 - COTTRELL JR, ERIC |
| Report Date 6/1/2021 8:44:12 AM | Detective Assigned SH4810 - MEZA, FERNANDO | Reviewed Date 06/01/2021 15:18:36 |

| San Diego County Sheriff's Department<br>Arrest/Juvenile Contact Report | | | |
|---|---|---|---|
| | | Case No. | 21123192 |
| CAD Event No.: | E7160933 | Case Disposition: | Arrest |
| Primary Victim: | State of California | Report No. | 21123192.1 |



her he recently wanted to hang himself [redacted] church has him on "Suicide watch." PERT Clinician Leblanc telephoned Eich. Eich confirmed [redacted]s told her he wanted to hang himself. Mary believed [redacted] sounded more desperate today and stopped answering his telephone.

PERT Clinician Leblanc and I arrived at [redacted] address. Deputy Sprauge and Deputy Spinelli were already on scene. [redacted] did not answer his cell phone when deputies attempted to call him. There was no answer at the front door. I walked around to the rear fence of the property and could see into a rear bedroom. There appeared to be a large blanket or bed sheet hanging in the corner of the bedroom. The reporting party provided the combination to access the backyard to check the welfare of [redacted]. I walked around to the rear of the backyard and observed an open rear sliding door on a rear bedroom. The bedroom appeared empty. Just outside of the bedroom's interior door, I observed the movement of a person's right arm. The subject appeared to be close to the ground. There was a brown belt on the right side of the subject. I believed the subject was in the process of hanging himself. I called out to the person, later identified as, [redacted] yelled for deputies to leave his property and said he was just listening to his headphones. [redacted] was upset and did not want to talk to deputies. I asked [redacted] to step out of the hallway to speak with me. [redacted] stood up and walked toward me. He quickly reached for an item under his pillow and lifted a cell phone and pointed it at deputies. [redacted] stated he wanted to film the incident because he didn't want to get shot. [redacted] then started to walk back into the hallway. I followed [redacted] and detained him in handcuffs.

PERT Clinician Leblanc spoke to [redacted]. She determined [redacted] was a danger to himself and he was going to be placed on a mental health evaluation. [redacted] asked if he could go voluntarily to the hospital. He did not want to have a hold placed on him.

Due to [redacted] statements to Eich and him sitting on the floor next to a belt he was placed on a mental health evaluation per 5150 W&I and 72-hour hold recommendation. [redacted] did not want deputies to secure the rear of his home. He initially asked if I could call his mother, who lived nearby, to secure his home but then changed his mind. [redacted] complained the handcuffs were causing him pain. Double handcuffs were applied and then adjusted numerous times. I transported [redacted] to County Mental Health, where I released him to the care of medical staff for evaluation and treatment.

I later attached a copy of the 5150 W&I to this case. I concluded my investigation.

Evidence:

None.

Injuries:

None.

Property Damage:

| Reporting Officer | Division / Organization | Reviewed By |
|---|---|---|
| SH1912 - CADIGAN, CHRISTOPHER | North Coastal Station<br>NORTH COASTAL PATROL | SH7418 - COTTRELL JR, ERIC |
| Report Date<br>6/1/2021 8:44:12 AM | Detective Assigned<br>SH4810 - MEZA, FERNANDO | Reviewed Date<br>06/01/2021 15:18:36 |

None.

Follow-up:

None.

Related Reports:

None.