# EXHIBIT 4

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

Highly Confidential - AEO
Jenna Sykes
John Doe vs. County of San Diego

John Doe,

Plaintiff,

vs. No. 23-cv-00251-AGS-KSC

County of San Diego, a
government entity; et al.,

Defendants.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

VIDEO DEPOSITION OF JENNA SYKES

Reported Remotely through Videoconference

June 10, 2025

Reported by:
Margaret A. Smith
RPR, CRR, CSR No. 9733

www.aptusCR.com

Job No.: 10165575



EXHIBIT 4

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

Highly Confidential - AEO
Jenna Sykes
John Doe vs. County of San Diego

John Doe,

Plaintiff,

vs. No. 23-cv-00251-AGS-KSC

County of San Diego, a government entity; et al.,

Defendants.

---

Deposition of JENNA SYKES taken on behalf of Defendants County of San Diego, Christopher Cadigan, and Amber Sprague, reported remotely through videoconference, beginning at 10:04 a.m. PDT, and ending at 1:20 p.m. PDT, on Tuesday, June 10, 2025, before Margaret A. Smith, RPR, CRR, Certified Shorthand Reporter No. 9733.

www.aptusCR.com



EXHIBIT 4

APPEARANCES (via videoconference):

For the deponent:

Highly Confidential - AEO
Jenna Sykes
John Doe vs. County of San Diego

THE LAW OFFICE OF JENNIFER L. LYNCH
BY: JENNIFER L. LYNCH, ESQUIRE
405 Via Del Norte, Suite B
La Jolla, California 92037
858.454.5500
jl@lynchlitigation.com

For Plaintiff:

LAW OFFICES OF STEVE HOFFMAN, APC
BY: STEVE HOFFMAN, ESQUIRE
1350 Columbia Street, Suite 401
San Diego, California 92101
619.677.3015
shoffmanlaw@gmail.com

www.aptusCR.com



EXHIBIT 4

APPEARANCES (via videoconference):

For Defendants County of San Diego, Christopher Cadigan,
Highly Confidential - AEO
Jenna Sykes
John Doe vs.
County of San Diego
and Amber Sprague:

OFFICE OF COUNTY COUNSEL, COUNTY OF SAN DIEGO
BY: TIMOTHY A. HANNA, ESQUIRE
1600 Pacific Highway, Room 355
San Diego, California 92101
619.904.0151
timothy.hanna@sdcounty.ca.gov

For Defendant Ashley Leblanc

BQB, LLP
BY: D. WILSON JORDAN, ESQUIRE
12481 High Bluff Drive, Suite 301
San Diego, California 92130
858.788.3900
wjordan@bqblaw.com

Also present:

Spencer Benveniste, Aptus videographer

www.aptusCR.com

which -- which manner he intended to use.

**Q Okay. And you mentioned that -- that his church at the time had him on suicide watch. Is that correct?**

A I heard that from Mary and possibly from him as well. I'm not -- I don't remember exactly who told me that.

**Q Okay. And what does "suicide watch" mean?**

A What I had heard was that a group of men at his church were on around-the-clock suicide watch, that they were calling, checking on him. They would take turns checking on him.

**Q Okay. Do you recall the names of any of those individuals?**

A No.

**Q And I'm sorry, Ms. Sykes. I couldn't hear you.**

A No.

**Q All right. And let's see. I can stop sharing that.**

**And so after -- after you had spoken with -- with the sheriffs on that date, did you have any further contact with Mr. -- with Mr. John Doe on May 31st of 2021?**

A We had a conversation, I want to say early June. I'm not sure exactly the date.

I, the undersigned, a Certified Shorthand Reporter of the State of California, do hereby certify:

That the foregoing proceedings were taken before me at the time and place herein set forth; that any witnesses in the foregoing proceedings, prior to testifying, were duly sworn; that a record of the proceedings was made by me using machine shorthand, which was thereafter transcribed under my direction; that the foregoing transcript is a true record of the testimony given.

Further, that if the foregoing pertains to the original transcript of a deposition in a federal case, before completion of the proceedings, review of the transcript (X) was ( ) was not requested.

I further certify I am neither financially interested in the action nor a relative or employee of any attorney or party to this action.

IN WITNESS WHEREOF, I have this date subscribed by name.

Dated: 06/23/2025

Margaret A. Smith
RPR, CRR, CSR No. 9733



EXHIBIT 4