# EXHIBIT 9

Amber Sprague Confidential John Doe vs. County of San Diego

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

--o0o--

| | |
|---|---|
| JOHN DOE,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF SAN DIEGO, a government entity; CHRISTOPHER CADIGAN, an individual; AMBER SPRAGUE, an individual; ASHLEY LEBLANC, an individual,<br><br>Defendants. | Case No. 23-CV-251-AGS-KSC |

VIDEOCONFERENCE DEPOSITION OF

AMBER SPRAGUE

San Diego, California

CONFIDENTIAL

Date: Thursday, September 11, 2025
Time: 10:02 a.m. PST
Stenographer: Renee Combs Quinby, RDR, CRR, CA CSR #11867, TX CSR #12184, MO CCR #1291, IL CSR #084-004867
Job No.: 10171891





www.aptusCR.com

EXHIBIT 9

Confidential
Amber Sprague John Doe vs. County of San Diego

REMOTE APPEARANCES

FOR THE PLAINTIFF:

Steve Hoffman, Esq.
Law Office of Steve Hoffman, APC
1350 Columbia Street, Suite 401
San Diego, CA 92101
(619)677-3015
shoffmanlaw@gmail.com

FOR THE DEFENDANT COUNTY OF SAN DIEGO:

Timothy Hanna, Esq.
Office of County Counsel, County of San Diego
1600 Pacific Highway, Room 355
San Diego, CA 92101
(619)531-4942
timothy.hanna@sdcounty.ca.gov

FOR THE DEFENDANT ASHLEY LEBLANC:

D. Wilson Jordan, Esq.
Brockman Quayle Bennett
12481 High Bluff Drive, Suite 301
San Diego, CA 92130
(858)788-3900
wjordan@bgblaw.com

APTUS MONITOR: Chris Landrum

A. It was his cell phone.
**Q. It was his cell phone, okay.**
**And are you suggesting that he had something else that he put under the pillow?**
A. From my perspective, it appeared as if he grabbed the cell phone -- he lifted the pillow and then removed the object from underneath his pillow.
**Q. And was that object his cell phone?**
A. It was.
**Q. Okay. And you unholstered your firearm at that point, did you not?**
A. I did.
**Q. And it was pointed in the direction of the plaintiff, correct?**
A. No.
**Q. Where was it pointed?**
A. I held it at a low ready just outside my holster.
**Q. All right. And can you describe to me what you mean by "low ready"?**
A. I removed it from my holster, and it was still pointed not in his direction. I just removed it from my holster, and it was down but never -- never pointed up at him.
**Q. Okay. So you stated earlier that before you**

CERTIFICATE OF REPORTER

I, RENEE COMBS QUINBY, California Certified Shorthand Reporter #11867, hereby certify that the witness in the foregoing deposition was by me duly sworn to tell the truth, the whole truth, and nothing but the truth in the within-entitled cause;

That said deposition was taken in shorthand by me, a disinterested person, at the time and place therein stated, and that the testimony of the said witness was thereafter reduced to typewriting under my direction and supervision;

That before completion of the deposition, review of the transcript was requested. If requested, any changes made by the deponent (and provided to the reporter) during the period allowed are appended hereto. I further certify that I am not of counsel or attorney for either or any of the parties to the said deposition, nor in any way interested in the event of this cause, and that I am not related to any of the parties thereto.

Dated: 9/22/2025

---------------------------------------

Renee Combs Quinby, RDR, CRR,

CA CSR #11867