# EXHIBIT 11

tate of California
ealth and Human Services Agency

ORIGINAL

Department of Health Care Services

# PPLICATION FOR ASSESSMENT, EVALUATION, AND RISIS INTERVENTION OR PLACEMENT FOR EVALUATION ND TREATMENT

**_Confidential Client/Patient Information_**

***See California W&I Code Section 5328 and HIPAA Privacy Rule 45 C.F.R. § 164.508***

**/elfare and Institutions Code (W&I Code), Section 5150(f) nd (g), require that each person, when first detained for sychiatric evaluation, be given certain specific information rally and a record be kept of the advisement by the evaluating acility.**

☒ **Advisement Complete** ☐ **Advisement Incomplete**

**ood Cause for Incomplete Advisement:**

## DETAINMENT ADVISEMENT

My name is ASHLEY LEBLANC

I am a (peace officer/mental health professional) with (name of agency). You are not under criminal arrest, but I am taking you for examination by mental health professionals at (name of facility).

You will be told your rights by the mental health staff.

***If taken into custody at his or her residence, the person shall also be told the following information:***

You may bring a few personal items with you, which I will have to approve. Please inform me if you need assistance turning off any appliance or water. You may make a phone call and leave a note to tell your friends or family where you have been taken.

| Advisement Completed By: | Position: | Language or Modality Used: | Date of Advisement: |
|---|---|---|---|
| ASHLEY LEBLANC | PERT | ENGLISH | 5/3/21 |

**To (*name of 5150 designated facility*):** EPU

**Application is hereby made for the assessment and evaluation of** [redacted]

**esiding at** [redacted], Encinitas 92024, **California, for up to 72- hour assessment, evaluation and crisis intervention or placement for evaluation and treatment at a designated acility pursuant to Section 5150, et seq (adult) or Section 5585 et seq. (minor), of the W&I Code. If a minor, authorization for voluntary treatment is not available and to the best of my knowledge, the legally esponsible party appears to be / is: (Check one): ☐ *Parent*; ☐ *Legal Guardian*; ☐ *Conservator*; ☐ *Juvenile Court under W&I Code 300*; ☐ *Juvenile Court under W&I Code 601/602*.**

**If known, provide names, address and telephone numbers in area provided below:**

**The above person's condition was called to my attention under the following circumstances:**

Reporting party called 911 requesting welfare check on male with "recent depression" and "stating he was thinking of hanging himself" and "his church had him on suicide watch."

**I have probable cause to believe that the person is, as a result of a mental health disorder, a danger to others, or to himself/ herself, or gravely disabled because: (state specific facts):**

PERT spoke to reporting party who stated "he has been depressed and suicidal for several weeks" that "earlier in the week he said he was thinking of hanging himself" and "today he sounded desperate then wouldn't answer his phone." Upon arrival at home deputy report client sitting in his hallway on floor next to a belt, when he saw deputy, began pacing and hide belt. Client is escalated and agitated during assessment often declining to answer questions.

**(CONTINUED ON NEXT PAGE)**

State of California
Health and Human Services Agency

Department of Health Care Services

## APPLICATION FOR 72 HOUR DETENTION FOR EVALUATION AND TREATMENT (CONTINUED)

**Historical course of the person's mental disorder:**

☒ I have considered the historical course of the person's mental disorder

Client denied any current mental health treatment or medications. Per reporting party client has experienced multiple losses recently.

☐ No reasonable bearing on determination

☐ No information available because: ______

| History Provided by (Name) | Address | Phone Number | Relation |
|---|---|---|---|
| Mary Eich | | 307-249-6134 | Friend |
| | | | |
| | | | |

Based upon the above information, there is probable cause to believe that said person is, as a result of mental health disorder:

☒ A danger to himself / herself. ☐ Gravely disabled adult.
☐ A danger to others. ☐ Gravely disabled minor.

*Signature*, *title* and *badge number* of peace officer, professional person in charge of the facility designated by the county for evaluation and treatment, member of the attending staff, designated members of a mobile crisis team, or professional person designated by the county.

X [signature], LCSW 83136

Date: 5/31/21
Time: 16:50
Phone: 619-458-1512

**Name of Law Enforcement Agency or Evaluation Facility/Person:**
ASHLEY LEBLANC, LCSW 83136

**Address of Law Enforcement Agency or Evaluation Facility/Person:**
175 NORTH EL CAMINO REAL, ENCINITAS, CA, 92024

**NOTIFICATIONS TO BE PROVIDED TO LAW ENFORCEMENT AGENCY**

Notify (officer/unit & telephone #): ______

**NOTIFICATION OF PERSON'S RELEASE IS REQUESTED BY THE REFERRING PEACE OFFICER BECAUSE:**

☐ The person has been referred to the facility under circumstances which, based upon an allegation of facts regarding actions witnessed by the officer or another person, would support the filing of a criminal complaint.

☐ Weapon was confiscated pursuant to Section 8102 W&I Code. Upon release, facility is required to provide notice to the person regarding the procedure to obtain return of any confiscated firearm pursuant to Section 8102 W&I Code.

**SEE SUBSEQUENT PAGES FOR DEFINITIONS AND REFERENCES**