DAMON M. BROWN, County Counsel (SBN 242265)
By: TIMOTHY A. HANNA, Senior Deputy Attorney (SBN 310620)
STEVEN P. INMAN, II, Supervising Deputy Attorney (SBN 227748)
Office of County Counsel, County of San Diego
1600 Pacific Highway, Room 355
San Diego, California 92101-2469
Telephone: (619) 904-0151; (619) 884-2931; Facsimile: (619) 531-6005
Email: Timothy.Hanna@sdcounty.ca.gov; Steven.Inman@sdcounty.ca.gov

Attorneys for Defendants County of San Diego, Christopher Cadigan, Amber Sprague, and Frank Spinelli

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| John Doe,<br><br>Plaintiff,<br><br>v.<br><br>County of San Diego, a government entity; Christopher Cadigan, an individual; Amber Sprague an individual; Ashley Leblanc, an individual; Frank Spinelli, an individual, and DOES 1 to 20, inclusive,<br><br>Defendants. | No. 23-cv-00251-AGS-KSC<br><br>**DEFENDANTS COUNTY OF SAN DIEGO, CHRISTOPHER CADIGAN, AMBER SPRAGUE AND FRANK SPINELLI'S NOTICE OF MOTION AND MOTION TO REDACT AND SEAL EXHIBITS TO DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT [ECF No. 90]**<br><br>Date: July 1, 2026<br>Time: 2:00 p.m.<br>Courtroom: 5C<br>Judge: Hon. Andrew G. Schopler |

TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on July 1, 2026 at 2:00 p.m., in Courtroom 5C of the above-captioned Court, pursuant to Federal Rule of Civil Procedure 5.2(d)-(e), Southern District of California Civil Local Rule 79.2, and this Court's order dated April 22, 2026 [ECF No. 104], Defendants County of San Diego, Deputies Christopher Cadigan, Amber Sprague, and Frank Spinelli, will move for entry of an order authorizing the filing of redacted versions of several records offered as exhibits in support of Defendants' Motion for Partial Summary Judgment [ECF No. 90]. The records sought to be redacted have been

designated as follows: EXHIBIT 1- Background Event Chronology, Event No. E7160933 (CSD 000017-000021); EXHIBIT 2- Arrest Report, Case No. 21123192 (CSD 000001-000005); and EXHIBIT 11-Application for Assessment, Evaluation and Crisis Intervention or Placement for Evaluation and Treatment (CSD 000006-000007).

Defendants simultaneously move this Court for an order filing under seal three body worn camera videotapes filed as exhibits in support of Defendants' Motion for Partial Summary Judgment [ECF No. 90]. The files sought to be filed under seal have been designated as follows: EXHIBIT 6- Deputy Amber Sprague Body Worn Camera Footage, Event No. E7160933 (CSD 000028); EXHIBIT 7-Deputy Christopher Cadigan Body Worn Camera Footage, Event No. E7160933 (CSD 000027); and EXHIBIT 8- Deputy Frank Spinelli Body Worn Camera Footage, Event No. E7160933 (CSD 000026).

The ground for this relief is that a redaction of personal information in these records and a seal of this video footage is necessary to prevent disclosure of Plaintiff's identity in compliance with the Order Granting Plaintiff's Request to Proceed Pseudonymously in this matter [ECF No. 1-3, at 11.]

Pursuant to Civil Chambers Rules 1 and 5, on April 27, 2026, Defendants' counsel Timothy A. Hanna and Plaintiff's counsel Stephen Hoffman conferred via videoconference in a good faith effort to resolve the issues raised by this motion. Plaintiff's counsel indicated that Plaintiff does not oppose the requested relief in this motion.

This Motion is based on this Notice, the following Memorandum of Points and Authorities, and Timothy A. Hanna's Declaration in support of Defendants' Motion to Redact and Seal Motion for Partial Summary Judgment, along with all other papers and pleadings filed in this matter, and those additional matters offered at oral argument.

DATED: April 28, 2026

DAMON M. BROWN, County Counsel

By: _s/Timothy A. Hanna_
TIMOTHY A. HANNA. Senior Deputy Attorney
STEVEN P. INMAN, II, Supervising Deputy Attorney, Attorneys for Defendants County of San Diego, Christopher Cadigan, Amber Sprague, and Frank Spinelli