DAMON M. BROWN, County Counsel (SBN 242265)
By: TIMOTHY A. HANNA, Senior Deputy Attorney (SBN 310620)
STEVEN P. INMAN, II, Supervising Deputy Attorney (SBN 227748)
Office of County Counsel, County of San Diego
1600 Pacific Highway, Room 355
San Diego, California 92101-2469
Telephone: (619) 904-0151; (619) 884-2931; Facsimile: (619) 531-6005
Email: Timothy.Hanna@sdcounty.ca.gov; Steven.Inman@sdcounty.ca.gov

Attorneys for Defendants County of San Diego, Christopher Cadigan, Amber Sprague, and Frank Spinelli

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| John Doe,<br><br>Plaintiff,<br><br>v.<br><br>County of San Diego, a government entity; Christopher Cadigan, an individual; Amber Sprague an individual; Ashley Leblanc, an individual; Frank Spinelli, an individual, and DOES 1 to 20, inclusive,<br><br>Defendants. | No. 23-cv-00251-AGS-KSC<br><br>**DECLARATION OF TIMOTHY A. HANNA IN SUPPORT OF DEFENDANTS COUNTY OF SAN DIEGO, CHRISTOPHER CADIGAN, AMBER SPRAGUE AND FRANK SPINELLI'S NOTICE OF MOTION AND MOTION TO REDACT AND SEAL EXHIBITS TO DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT [ECF No. 90]**<br><br>Date: July 1, 2026<br>Time: 2:00 p.m.<br>Courtroom: 5C<br>Judge: Hon. Andrew G. Schopler |

I, Timothy A. Hanna, declare:

1. I am an attorney duly licensed and authorized to practice law in the State of California. I am employed as a Senior Deputy County Counsel for the County of San Diego's Office of County Counsel and am counsel of record for defendants County of San Diego Christopher Cadigan, Amber Sprague and Frank Spinelli in this case.

///

2. The facts set forth in this Declaration are true and correct based upon my own personal knowledge and, if called as a witness, I could and would testify competently to each of the facts set forth herein.

3. On April 27, 2026, Plaintiff's counsel Stephen Hoffman and I conferred via videoconference in a good faith effort to resolve the issues raised by this motion.

4. On the call, Plaintiff's counsel indicated that Plaintiff does not oppose the requested relief in this motion.

5. A table listing the information Defendants seek to redact from EXHIBIT 1 to Defendants' Motion for Partial Summary Judgment [ECF No. 90], entitled Background Event Chronology, Event No. E7160933 (CSD 000017-000021), is attached hereto as **EXHIBIT A**.

6. A table listing the information Defendants seek to redact from EXHIBIT 2 to Defendants' Motion for Partial Summary Judgment [ECF No. 90], entitled Arrest Report, Case No. 21123192 (CSD 000001-000005), is attached hereto as **EXHIBIT B**.

7. A table listing the information Defendants seek to redact from EXHIBIT 11 to Defendants' Motion for Partial Summary Judgment [ECF No. 90], entitled Application for Assessment, Evaluation and Crisis Intervention or Placement for Evaluation and Treatment (CSD 00006-000007), is attached hereto as **EXHIBIT C**.

I declare under penalty of perjury under the laws of the United States of America the foregoing is true and correct.

Executed on this 29th day of April 2026.

*/s/ Timothy A. Hanna*
Timothy A. Hanna

# EXHIBIT A

# Background Event Chronology, Event No. E7160933 (CSD 000017-000021) (Defendants' Motion for Partial Summary Judgment [ECF No. 90], Exh. 1)

| REDACTED INFORMATION | LOCATION |
|---|---|
| Plaintiff's Residential Address | CSD 000017 |
| Plaintiff's Name | CSD 000017 |
| Plaintiff's Residential Address | CSD 000017 |
| Plaintiff's Residential Address | CSD 000017 |
| Plaintiff's Residential Address | CSD 000017 |
| Plaintiff's Residential Address | CSD 000017 |
| Plaintiff's Residential Address | CSD 000017 |
| Plaintiff's Residential Address | CSD 000018 |
| Plaintiff's Residential Address | CSD 000018 |
| Plaintiff's Residential Address | CSD 000018 |
| Plaintiff's Cell Phone Number | CSD 000018 |
| Plaintiff's Residential Address | CSD 000018 |
| Plaintiff's Residential Address | CSD 000018 |
| Plaintiff's Residential Address | CSD 000018 |
| Plaintiff's Residential Address | CSD 000018 |
| Plaintiff's Residential Address | CSD 000018 |
| Plaintiff's License Plate Number | CSD 000018 |
| Plaintiff's Residential Address | CSD 000019 |
| Plaintiff's Residential Address | CSD 000019 |
| Plaintiff's Residential Address | CSD 000019 |
| Plaintiff's Residential Address | CSD 000019 |
| Plaintiff's Residential Address | CSD 000019 |

| | |
|---|---|
| Plaintiff's Residential Address | CSD 000019 |
| Plaintiff's Residential Address | CSD 000019 |
| Plaintiff's Residential Address | CSD 000019 |
| Plaintiff's Residential Address | CSD 000019 |
| Plaintiff's Residential Address | CSD 000019 |
| Plaintiff's Residential Address | CSD 000019 |
| Plaintiff's Residential Address | CSD 000019 |
| Plaintiff's Residential Address | CSD 000019 |
| Plaintiff's Residential Address | CSD 000019 |
| Plaintiff's Residential Address | CSD 000020 |
| Plaintiff's Residential Address | CSD 000020 |
| Plaintiff's Residential Address | CSD 000020 |
| Plaintiff's Residential Address | CSD 000020 |
| Plaintiff's Residential Address | CSD 000020 |
| Plaintiff's Residential Address | CSD 000020 |
| Plaintiff's Residential Address | CSD 000020 |
| Plaintiff's Residential Address | CSD 000020 |
| Plaintiff's Name | CSD 000021 |
| Plaintiff's Name | CSD 000021 |

# EXHIBIT B

| EXHIBIT 1- Background Event Chronology, Event No. E7160933 (CSD 000017-000021) | |
|---|---|
| **REDACTED INFORMATION** | **LOCATION** |
| Plaintiff's Residential Address | CSD 000017 |
| Plaintiff's Name | CSD 000017 |
| Plaintiff's Residential Address | CSD 000017 |
| Plaintiff's Residential Address | CSD 000017 |
| Plaintiff's Residential Address | CSD 000017 |
| Plaintiff's Residential Address | CSD 000017 |
| Plaintiff's Residential Address | CSD 000017 |
| Plaintiff's Residential Address | CSD 000018 |
| Plaintiff's Residential Address | CSD 000018 |
| Plaintiff's Residential Address | CSD 000018 |
| Plaintiff's Cell Phone Number | CSD 000018 |
| Plaintiff's Residential Address | CSD 000018 |
| Plaintiff's Residential Address | CSD 000018 |
| Plaintiff's Residential Address | CSD 000018 |
| Plaintiff's Residential Address | CSD 000018 |
| Plaintiff's Residential Address | CSD 000018 |
| Plaintiff's License Plate Number | CSD 000018 |
| Plaintiff's Residential Address | CSD 000019 |
| Plaintiff's Residential Address | CSD 000019 |
| Plaintiff's Residential Address | CSD 000019 |
| Plaintiff's Residential Address | CSD 000019 |
| Plaintiff's Residential Address | CSD 000019 |
| Plaintiff's Residential Address | CSD 000019 |
| Plaintiff's Residential Address | CSD 000019 |

| | |
|---|---|
| Plaintiff's Residential Address | CSD 000019 |
| Plaintiff's Residential Address | CSD 000019 |
| Plaintiff's Residential Address | CSD 000019 |
| Plaintiff's Residential Address | CSD 000019 |
| Plaintiff's Residential Address | CSD 000019 |
| Plaintiff's Residential Address | CSD 000019 |
| Plaintiff's Residential Address | CSD 000019 |
| Plaintiff's Residential Address | CSD 000020 |
| Plaintiff's Residential Address | CSD 000020 |
| Plaintiff's Residential Address | CSD 000020 |
| Plaintiff's Residential Address | CSD 000020 |
| Plaintiff's Residential Address | CSD 000020 |
| Plaintiff's Residential Address | CSD 000020 |
| Plaintiff's Residential Address | CSD 000020 |
| Plaintiff's Residential Address | CSD 000020 |
| Plaintiff's Name | CSD 000021 |
| Plaintiff's Name | CSD 000021 |

# EXHIBIT C

# Application for Assessment, Evaluation and Crisis Intervention or Placement for Evaluation and Treatment (CSD 00006-000007) (Defendants' Motion for Partial Summary Judgment [ECF No. 90], Exh. 11)

| REDACTED INFORMATION | LOCATION |
| --- | --- |
| Plaintiff's Name | CSD 000006 |
| Plaintiff's Residential Address | CSD 000006 |