DAMON M. BROWN, County Counsel (SBN 242265)
By: TIMOTHY A. HANNA, Senior Deputy Attorney (SBN 310620)
STEVEN P. INMAN, II, Supervising Deputy Attorney (SBN 227748)
Office of County Counsel, County of San Diego
1600 Pacific Highway, Room 355
San Diego, California 92101-2469
Telephone: (619) 904-0151; (619) 884-2931; Facsimile: (619) 531-6005
Email: Timothy.Hanna@sdcounty.ca.gov; Steven.Inman@sdcounty.ca.gov

Attorneys for Defendants County of San Diego, Christopher Cadigan, Amber Sprague, and Frank Spinelli

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| John Doe,<br><br>Plaintiff,<br><br>v.<br><br>County of San Diego, a government entity; Christopher Cadigan, an individual; Amber Sprague an individual; Ashley Leblanc, an individual; Frank Spinelli, an individual, and DOES 1 to 20, inclusive,<br><br>Defendants. | No. 23-cv-00251-AGS-KSC<br><br>**NOTICE OF LODGMENT IN SUPPORT OF DEFENDANTS COUNTY OF SAN DIEGO, CHRISTOPHER CADIGAN, AMBER SPRAGUE AND FRANK SPINELLI'S MOTION TO REDACT AND SEAL EXHIBITS TO DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT [ECF No. 90]**<br><br>Date: July 1, 2026<br>Time: 2:00 p.m.<br>Courtroom: 5C<br>Judge: Hon. Andrew G. Schopler |

Pursuant to Federal Rule of Civil Procedure 5.2(d)-(e), Southern District of California Civil Local Rule 79.2, and this Court's order dated April 22, 2026 [ECF No. 104], Defendants County of San Diego, Deputies Christopher Cadigan, Amber Sprague, and Frank Spinelli, hereby lodge the following exhibits in support of their Motion to Redact and Seal Exhibits to Defendants' Motion for Partial Summary Judgment [ECF No. 90].

**EXHIBIT 1-** **Background Event Chronology, Event No. E7160933 (CSD 000017-000021), unredacted**

///

| | |
|---|---|
| **EXHIBIT 2-** | **Arrest Report, Case No. 21123192 (CSD 000001-000005), unredacted** |
| **EXHIBIT 6-** | **Deputy Amber Sprague Body Worn Camera Footage, Event No. E7160933 (CSD 000028)** |
| **EXHIBIT 7-** | **Deputy Christopher Cadigan Body Worn Camera Footage, Event No. E7160933 (CSD 000027)** |
| **EXHIBIT 8-** | **Deputy Frank Spinelli Body Worn Camera Footage, Event No. E7160933 (CSD 000026)** |
| **EXHIBIT 11-** | **Application for Assessment, Evaluation and Crisis Intervention or Placement for Evaluation and Treatment (CSD 000006-000007), unredacted** |

DATED: April 28, 2026

DAMON M. BROWN, County Counsel

By: *s/Timothy A. Hanna*
TIMOTHY A. HANNA. Senior Deputy Attorney
STEVEN P. INMAN, II, Supervising Deputy Attorney, Attorneys for Defendants County of San Diego, Christopher Cadigan, Amber Sprague, and Frank Spinelli