UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| John DOE, Plaintiff, v. COUNTY OF SAN DIEGO, et al., Defendants. | Case No.: 23-cv-0251-AGS-GC **ORDER DENYING MOTION TO SEAL (ECF 107), BUT PROVISIONALLY SEALING EXHIBITS PENDING FURTHER BRIEFING** |

The defense moves to seal the body-worn-camera video exhibits and to redact and seal three exhibits that include plaintiff's identity, address, and other personal information. To "seal judicial records attached to a dispositive motion," the moving party "must articulate compelling reasons supported by specific factual findings that outweigh the general history of access and the public policies favoring disclosure." *Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1178–79 (9th Cir. 2006) (cleaned up). Although the state court originally granted plaintiff's ex parte request to proceed pseudonymously, it did not provide a reasoned analysis for that ruling. (*See* ECF 1-3, at 11.) And this Court has never addressed this issue on the merits. (*See* ECF 1-3, at 11; ECF 97, at 1.) The defense moved to seal these exhibits based solely on the previous pseudonymity rulings, so its motion did not offer any compelling reasons to keep plaintiff's identity and personal information sealed. (*See generally* ECF 107.) Thus, the sealing motion is **DENIED**.

Nonetheless, for now, the Court will provisionally seal the requested exhibits pending further briefing. By **October 9, 2026**, any party wishing to keep this information sealed must file a sealing motion (or renewed motion), setting forth the compelling reasons to do so. Any opposition to such a sealing motion is due by **October 23, 2026**. If no further sealing motions are timely filed, the Clerk is directed to unseal the provisionally sealed exhibits on October 12, 2026.

Dated: September 18, 2026

Hon. Andrew G. Schopler
United States District Judge