UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

John DOE

Plaintiff,

v.

COUNTY OF SAN DIEGO, et al.,

Defendants.

Case No.: 23-cv-00251-AGS-GC

**ORDER GRANTING UNOPPOSED MOTION TO SEAL (ECF 122)**

Based on the pending motion to seal, plaintiff has articulated "compelling reasons" for plaintiff's requested sealings and redactions that are supported by specific facts and that "outweigh the general history of access and the public policies favoring disclosure." *See Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1178–79 (9th Cir. 2006) (cleaned up). The Court adopts the factual statements in that motion. (*See generally* ECF 122.) For all the reasons stated in that motion, the unopposed sealing request is **GRANTED**.

Until further Court order, the Clerk must **MAINTAIN UNDER SEAL**:

- The *unredacted* versions of written Exhibits 1, 2, and 11, which are currently docketed under seal at ECF 108.
- Exhibits 6, 7, and 8 (the body-worn-camera recordings).

Dated: October 22, 2026

Hon. Andrew G. Schopler
United States District Judge